**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MONY LIFE INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL YACOBI, et al.,<br><br>Defendants. | Case No. CV 18-10578 FMO (JPRx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order of February 27, 2020, (Dkt. 22) and Order Re: Distribution of Funds and Closure of Case (Dkt. 64), IT IS ADJUDGED that judgment is entered in favor of Dina Yacobi, in her individual capacity, and against Daniel Yacobi and Dina Yacobi, in her capacity as Successor Trustee of the Solomon Yacobi and Violet Yacobi Revocable Trust, erroneously sued as the Solomon Yacobi and Violet Yacobi Revocable Trust.

Dated this 31st day of August, 2026.

/s/

Fernando M. Olguin
United States District Judge